SO ORDERED.

Dated: September 7, 2023

Daniel P. Collins, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | **Chapter 13 Proceedings** |
| | ) | |
| Yang Shao, | ) | **Case No. 2:23-bk-06173-DPC** |
| | ) | |
| Debtor. | ) | **ORDER TO SHOW CAUSE** |
| | ) | |

Yang Shao ("Debtor") filed a voluntary chapter 13 proceeding in the District of Arizona ("AZ Bankruptcy Case") on September 5, 2023. Debtor previously filed a voluntary chapter 13 proceeding on August 29, 2023 in the Central District of California at case number 2:23-bk-15578-SK ("CA Bankruptcy Case") and a voluntary chapter 13 proceeding on September 5, 2023 in the Northern District of Illinois at case number 1:23-bk-11738 ("IL Bankruptcy Case"). Debtor filed the AZ Bankruptcy Case while the CA Bankruptcy Case is still pending and on the same day as the IL Bankruptcy Case was filed.

In addition, Debtor filed a voluntary chapter 7 proceeding on July 24, 2023 in the Northern District of Illinois at case number 1:23-bk-09603 ("July IL Bankruptcy Case"). The July IL Bankruptcy Case was dismissed on September 1, 2023, and Debtor was barred from filing a case under Title 11 of the U.S. Bankruptcy Code for 180 days.

**IT IS HEREBY ORDERED** directing Debtor to appear at a hearing on **Thursday, September 14, 2023, at 11:00 a.m.**, before the Honorable Daniel P. Collins at the U.S. Bankruptcy Court for the District of Arizona, to show cause as to why Debtor's AZ Bankruptcy Case should not be dismissed. The hearing will be conducted via videoconference. The Zoom link is:

https://www.zoomgov.com/j/1605289889?pwd=eGdIYjhhY2ViaXFvMHJXeDZoUTVQQT09

Meeting ID: 160 528 9889

Passcode: 479849

**DATED AND SIGNED ABOVE.**

COPY of the foregoing mailed by the BNC

Yang Shao
524 E 14th Ave
Naperville, Il 60563

Edward J. Maney
101 N. First Ave., Suite 1775
Phoenix, AZ 85003
Chapter 13 Trustee

U.S. Trustee
Office of the U.S. Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003

Kathy A Dockery
801 Figueroa St, Suite 1850
Los Angeles, CA 90017
Chapter 13 Trustee

United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

Glenn B Stearns
801 Warrenville Rd Suite 650
Lisle, IL 60532
Chapter 13 Trustee

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604

Honorable Sandra Klein
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Suite 1582
Los Angeles, CA 90012-3332

Honorable Janet S. Baer
United States Bankruptcy Court
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604