# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

**Hearing Information:**

|  |  |  |  |
|---|---|---|---|
| Debtor: | YANG SHAO | | |
| Case Number: | 2:23-BK-06173-DPC | Chapter: | 13 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 14, 2023 11:00 AM 6TH FLOOR #603 | | |
| Bankruptcy Judge: | DANIEL P. COLLINS | | |
| Courtroom Clerk: | RENEE BRYANT | | |
| Reporter / ECR: | MARK TERAN | | |

**Matter:**

ORDER TO SHOW CAUSE

R / M #: 0 / 0

**Appearances:**

MATTHEW SLOAN, ATTORNEY FOR CUSTOMERS BANK
YANG SHAO
TOMMY #35956, INTERPRETER

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...　　2:23-BK-06173-DPC　　　　　THURSDAY, SEPTEMBER 14, 2023 11:00 AM

## *Proceedings:*

The Court explains why today's order to show cause hearing was set and notes the following:

Ms. Shao filed a bankruptcy case in Illinois that was recently dismissed, and Judge Baer barred the Debtor from filing any new cases for 180 days.

Ms. Shao filed a new bankruptcy on August 29, 2023, in the Central District of California.

Ms. Shao filed a new bankruptcy in this Court on September 5, 2023.

Ms. Shao filed a new bankruptcy case in Illinois on September 5, 2023.

Mr. Sloan informs the Court that Ms. Shao's son also filed a bankruptcy case in Illinois after Ms. Shao fraudulently transferred an interest in some Arizona properties to him. He states all of these cases were an attempt to stop his client from proceeding with a non-judicial trustee sale of three properties in Arizona. He asks that this case be dismissed with prejudice today and bar the Debtor from future filings in Arizona.

The Court asks Ms. Shao why it should not dismiss this case with prejudice and bar the filing of any new cases for 180 days.

Ms. Shao states she does not fully understand English. She reads a prepared letter into the record. Ms. Shao reiterates that she only understands simple English.

COURT:  FOR THE REASONS STATED ON THE RECORD, IT IS ORDERED DISMISSING THIS CASE.  THE COURT INSTRUCTS MR. SLOAN TO PREPARE AND UPLOAD A FORM OF ORDER.  THE COURT ALSO FINDS THAT MS. SHAO DOES UNDERSTAND WHAT IS HAPPENING AND FULLY APPRECIATES WHY THIS CASE IS BEING DISMISSED.

NOTICE SENT THROUGH THE
BANKRUPTCY NOTICING CENTER "BNC"
TO THE FOLLOWING:

YANG SHAO
524 E 14TH AVE
NAPERVILLE, IL 60563